■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v GERALD DIBBLE and C. THOMAS WRIGHT, Respondents.—Order unanimously affirmed for reasons stated at Monroe County Court, Maloy, J. (Appeal from order of Monroe County Court, Maloy, J.—dismiss indictment.) Present—Dillon, P. J., Doerr, Green, Pine and Davis, JJ.